| DISTRICT | OFF. | DOCKET NO. YR. NUMBER | CR | FILING DATE MO. DAY YR. | J | NATURE SUIT | DIV. PTF DEF | R 23 | $ DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0647 | 01 | 87 2086 | 01 | 8 12 87 | 4 | 190 | 1 2 | | 160 | 4717 | | 39035 | | 87 2086 |

**C87-2086**

CAUSE:   PLAINTIFFS                                              DEFENDANTS

SUMMERS, WILLIAM L.                            1. RACERS REST, INC. etal.
                                               2. NELLIGEN, JED

CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

Diversity jurisdiction is based upon 42 U.S.C. § 1332. Plaintiff seeks redress for defendants' breach and fraudulent acts.

ATTORNEYS

Robert A. Dixon
1818 Standard Bldg.
Cleveland, Ohio 44113
(216) 696-0727

Cat. #4

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | AUG 12 1987 | #135401   12000 | | JS-5 | |
| | | | | JS-6 | 8/31/87 |

UNITED STATES DISTRICT COURT DOCKET                                    DC-111 (Rev: 1/87)

SUMMERS, William Joyce vs. RAGERS REST, INC et al

C87-2086    JUDGE BELL    JUDGE MANOS

| DATE | NR | PROCEEDINGS |
|---|---|---|
| 8/12/87 | 1 | COMPLAINT for damages filed. (3p) Summons issued. Copies of complaint, summons and magistrate form issued to pltf's atty. sp |
| 8/12/87 | 2 | INITIAL ORDER issued. MANOS, J. (3p) sp |
| 9/22/87 | 3 | STIPULATED DISMISSAL of Pltf. with prejudice, at pltf's costs as per settlement agreement attached, filed. c/m 9/15/87 (5 p) |
| 9/23/87 | 4 | ORDER dismissing case per stipulated dismissal, filed. MANOS, J. (1 p) ee Iss: 9/24/87 |